888

No. 366. PHILIP CAREY MANUFACTURING CO. (MIAMI CABINET DIVISION) *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied. *John B. Hollister* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board.

No. 358. BUCKHEAD THEATRE CORP. ET AL. *v.* ATLANTA ENTERPRISES, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Edward S. O'Neill* for petitioners. *Robert S. Sams* and *W. Colquitt Carter* for respondents.

No. 359. MIMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Peyton Ford* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 370. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW–AFL–CIO, ET AL. *v.* PHILIP CAREY MANUFACTURING CO., MIAMI CABINET DIVISION, ET AL. C. A. 6th Cir. Certiorari denied. *Joseph L. Rauh, Jr., Daniel H. Pollitt* and *Lowell Goerlich* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *John B. Hollister* for Philip Carey Manufacturing Co., Miami Cabinet Division, respondents.

No. 374. MONROE AUTO EQUIPMENT CO. *v.* HECKETHORN MANUFACTURING & SUPPLY CO. C. A. 6th Cir. Certiorari denied. *William W. Rymer* and *A. Donham Owen* for petitioner. *Robert F. Conrad* for respondent.